127 F.3d 1094
 Anthony Demarco
v.
City of Rahway, Department of Health, Welfare & Building,
Robert J. Cotte, as Building Inspector and as
Construction/Building Subcode Official, Anthony D. Deige,
H.O. Director of Department of Health, Welfare and Building,
Paul Battiloro, William Sokolowsky, Edward Zelazny, John
Does, 1-VII, Member Union County Board of Appeals, Anthony Verlotti
 NO. 96-5546
 United States Court of Appeals,
Third Circuit.
 Aug 15, 1997
 
 Appeal From: D.N.J. ,No.9203190 ,
 Lifland, J.
 
 
 1
 Affirmed.